**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUMMIT ICE MELT SYSTEMS, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>HOTEDGE, LLC,<br><br>                    Defendant. | Case No.:   3:24-cv-00066-ART-CSD<br><br>**ORDER GRANTING**<br><br>STIPULATION TO EXTEND TIME FOR DEFENDANT HOTEDGE, LLC TO FILE RESPONSE TO MOTION FOR TRO [FIRST REQUEST] |

Plaintiff Summit Ice Melt Systems, LLC and defendant HotEdge, LLC stipulate as follows:

1. On February 8, 2024, Summit filed its complaint.  ECF 1.

2. Summit requested HotEdge to waive service, which HotEdge would not waive.

3. On March 26, 2024, Summit filed a motion for temporary restraining order.  ECF 6.

4. On March 28, 2024, Summit served HotEdge with a copy of the summons, complaint and motion for TRO, among other documents.  ECF 8.

5. HotEdge's responsive pleading is due April 18, 2024.

6. HotEdge's response to the motion for TRO was due April 9, 2024.  ECF 8.

. . .

. . .

{76033447;1}

7. Counsel for HotEdge contacted counsel for Summit yesterday, April 17, 2024, advising that HotEdge retained Akerman LLC as counsel.[1]  HotEdge requested additional time to investigate the issues raised in this matter, confer with Summit regarding the possibility of settlement and extend the time to file responses to the complaint and motion for TRO.  Subject to approval of the court, the parties agree to allow HotEdge up to and including May 1, 2024, to file its responsive pleading and response to the motion for TRO.  This is HotEdge's first request for an extension.

8. The parties agree that granting such additional time will not constitute, or be urged by any party to be, delay or have any bearing on the merits in any way adverse to Summit's position in this matter, including in connection with the motion for TRO, its complaint, and motion for preliminary or other injunction or request for any judgment or relief, and its claims of likelihood of confusion and irreparable harm against HotEdge.

9. This stipulation is entered into in good faith and not for purposes of delay.

DATED April 18th, 2024.

| AKERMAN LLP | HOLLAND & HART LLP |
|---|---|
| /s/ Donna M. Wittig<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for defendant HotEdge, LLC* | /s/ Robert C. Ryan<br>ROBERT C. RYAN, ESQ.<br>Nevada Bar No. 7164<br>TIMOTHY A. LUKAS, ESQ.<br>Nevada Bar No. 4678<br>JOSHUA M. HALEN, ESQ.<br>Nevada Bar No. 13885<br>5441 Kietzke Lane, Second Floor<br>Reno, NV 89511<br><br>*Attorneys for plaintiff Summit Ice Melt Systems, LLC* |

**ORDER**

Based on the parties' agreement, and good cause appearing, HotEdge, LLC has up to and including May 1, 2024, to file its response to the motion for Temporary Restraining Order (ECF No. 6).

DATED:  April 19, 2024.

Anne R. Traum
U.S. District Judge

---

[1] HotEdge retained Akerman attorneys Brian Bianco and Kourtney Mulcahy.  If the parties are unable to settle, Mr. Bianco and Ms. Mulcahy will seek pro hac admission to practice in this case.

2