# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT ICE MELT SYSTEMS, INC., a Nevada corporation, <br><br>　　　　Plaintiff/Counterclaim-Defendant, <br><br>v. <br><br>HOTEDGE, LLC, a Colorado limited liability company, <br><br>　　　　Defendant/Counterclaim-Plaintiff. | Case No.: 3:24-cv-00066-ART-CSD <br><br>**ORDER GRANTING** <br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER** <br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant Summit Ice Melt Systems, LLC ("Summit") and Defendant/Counter-Plaintiff HotEdge LLC ("HotEdge") stipulate as follows:

1. On March 26, 2024, Summit filed a motion for temporary restraining order. *See* ECF 6.

2. On May 1, 2024, HotEdge filed its opposition to Summit's motion for temporary restraining order. *See* ECF 19.

3. Pursuant to Local Rule 7-2, Summit's reply in support of its motion for temporary restraining order is due May 8, 2024.

4. Subject to approval of the court, the parties agree to allow Summit an additional seven days, up to and including May 15, 2024, to file its reply in support of the motion for temporary restraining order. This is Summit's first request for an extension.

1

5.  This stipulation is entered into in good faith and not for purposes of delay.

DATED: May 8, 2024.

| AKERMAN LLP | HOLLAND & HART LLP |
|---|---|
| /s/ Brian C. Bianco<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>DONNA M. WITTIG, ESQ.<br>Nevada Bar No. 11015<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>BRIAN C. BIANCO, ESQ.*<br>JULIA R. LISSNER, ESQ.*<br>KOURTNEY A. MULCAHY, ESQ.*<br>71 S. Wacker Dr., 47th Floor<br>Chicago, IL 60606<br>*Admitted *Pro Hac Vice*<br><br>*Attorneys for Defendant/Counter-Plaintiff HotEdge LLC* | /s/ Robert C. Ryan<br>ROBERT C. RYAN, ESQ.<br>Nevada Bar No. 7164<br>TIMOTHY A. LUKAS, ESQ.<br>Nevada Bar No. 4678<br>JOSHUA M. HALEN, ESQ.<br>Nevada Bar No. 13885<br>5470 Kietzke Lane, Suite 100<br>Reno, NV 89511<br><br>*Attorneys for Plaintiff/Counter-Defendant Summit Ice Melt Systems, LLC* |

**IT IS SO ORDERED.**

_____
Anne R. Traum
United States District Judge

DATED: May 10, 2024

2