SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
NICHOLAS E. BELAY, ESQ.
Nevada Bar No. 15175
**AKERMAN LLP**
1180 N. Town Center Dr., Suite 290
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com
Email: nicholas.belay@akerman.com

*Attorneys for Defendant/Counter-Plaintiff
HotEdge, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUMMIT ICE MELT SYSTEMS, LLC, | Case No.: 3:24-cv-00066-ART-CSD |
| Plaintiff/Counter-Defendant, | ORDER GRANTING **MOTION TO REMOVE ATTORNEYS FROM ELECTRONIC SERVICE LIST** |
| v. | |
| HOTEDGE, LLC, | |
| Defendant/Counter-Plaintiff. | |

**TO: ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Ariel E. Stern, Esq. and Donna M. Wittig are no longer associated with the law firm of Akerman LLP, and counsel requests that Mr. Stern and Ms. Wittig be removed from the service list.

Akerman LLP continues to serve as counsel for HotEdge, LLC. All items, including, but not limited to, pleadings, papers, correspondence, documents and future notices in this action should continue to be directed to the undersigned.

DATED July 23, 2025.    **AKERMAN LLP**

  */s/ Scott R. Lachman*
SCOTT R. LACHMAN, ESQ. (#12016)
NICHOLAS E. BELAY, ESQ. (#15175)
1180 N. Town Center Dr., Suite 290
Las Vegas, Nevada 89144

*Attorneys for Defendant//Counter-Plaintiff
HotEdge, LLC*

IT IS SO ORDERED.

DATED: July 24, 2025.

_____
Craig S. Denney
United States Magistrate Judge